| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States of America § 
 § 
 § 
v. § Criminal Action H-06-459-3 
 § 
 § 
Judith Arely Lopez *on bond* § 

## Order

The agreed motion for continuance (Dkt. 180) is GRANTED. It is therefore ORDERED that the sentencing of defendant Lopez is reset for November 7, 2014 at 10:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on July 21, 2014.

Gray H. Miller
United States District Judge